# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 25, 2026

*By the Court:*

Nos. 26-3445 & 26-3446

MYA BATTON, et al.,
*Plaintiffs – Appellees,*

*v.*

NATIONAL ASSOCIATION OF REALTORS, et al.,
*Defendants – Appellees,*

APPEALS OF: ADAM WOODBURN and SHIYANG HUANG,
*Movants*

Appeals from the United States District Court for the Northern District of Illinois, Eastern Division.

No. 1:21-cv-00430

LaShonda A. Hunt,
*Judge*.

The court, on its own motion, orders that these appeals are **CONSOLIDATED** for purposes of briefing and disposition. The briefing schedule is as follows:

1. The appellants shall file their briefs and required short appendices on or before January 4, 2027.

2. The appellees shall file their briefs on or before February 3, 2027.

3. The appellants shall file their reply briefs, if any, on or before February 24, 2027.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC** (form ID: **178**)